JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WUXI CITY RUNYUAN KEJI ZIAOE DAIKUAN CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> XUEWEI XU, an individual; HAIRONG CAO, an individual; REPET, INC., a California corporation, <br><br> Defendants. | Case No. <br><br> EDCV 12-02274 DDP (SPx) <br><br> **ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 15, 2013

DEAN D. PREGERSON
United States District Judge