O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WUXI CITY RUNYUAN KEJI ZIAOE DAIKUAN CO. LTD., | ) ) ) | Case No. EDCV 12-02274 DDP (SPx) |
| Plaintiff, | ) ) | **ORDER DENYING MOTION TO AMEND JUDGMENT** |
| v. | ) ) | [Dkt. No. 43] |
| XUEWEI XU, an individual; HAIRONG CAO, et al. | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Presently before the court is Defendants' Motion to Amend the Judgment. Defendants ask the court to amend its order of May 15, 2013, to dismiss the action with prejudice and to clarify that Plaintiff is not permitted to refile the amended complaint. The Motion is DENIED. "[T]he strong policy underlying the Federal Rules of Civil Procedure favor[s] decisions on the merits." Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986). The court intended to allow Plaintiff to amend its complaint. The court declines to

///

///

impose any sanction upon Plaintiff for filing its amended complaint shortly after the court's deadline beyond the requirement of paying the new filing fee.

IT IS SO ORDERED.

Dated: July 30, 2013

DEAN D. PREGERSON
United States District Judge