O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WUXI CITY RUNYUAN KEJI ZIAOE DAIKUAN CO. LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>XUEWEI XU, an individual;<br>HAIRONG CAO, an individual;<br>REPET, INC., a California corporation,<br><br>　　　　　　Defendants.<br>_____ | ) Case No. EDCV 12-02274 DDP (SPx)<br>)<br>) ORDER DENYING PLAINTIFF'S MOTION<br>) TO STRIKE<br>)<br>) [Dkt. No. 46]<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　Presently before the court is Plaintiff Wuxi City Runyuan Keji Ziaoe Daikuan Co. Ltd's Motion to Strike Defendant's Motion to Amend Judgment; Motion for Attorney's Fees; and Replies Thereto. The Motion is DENIED as moot, as the court has issued orders on the two motions in question.

IT IS SO ORDERED.

Dated: July 30, 2013

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge